424 A.2d 544

Commonwealth v. Ruth, Appellant.

* President Judge G. Thomas Gates of the Court of Common Pleas of Lebanon County, Pennsylvania, and Judge John C. Dowling of the Court of Common Pleas of Dauphin County, Pennsylvania, are sitting by designation.

632 

 Argued June 18, 1979. Lee Mandell, for appellant; Charles M. Guthrie, Assistant District Attorney, submitted a brief on behalf of Commonwealth, appellee.

Before HESTER, HOFFMAN and CATANIA, JJ.**

Judgment of sentence affirmed.